

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-22-00426-CV**

**IN RE LEGADO EXCAVATION AND CONSTRUCTION, LLC**

_____

**Original Proceeding**

_____

**From the 278th District Court
Madison County, Texas
Trial Court No. 22-17379**

## MEMORANDUM OPINION

The Petition for Writ of Mandamus filed on December 21, 2022 by Relator Legado Excavation and Construction, LLC is denied.

Relator's Motion for Temporary Relief filed on December 21, 2022 is denied as moot.

MATT JOHNSON
Justice

Before Justice Johnson, and
      Justice Smith[1]
Petition denied; motion denied
Opinion issued and filed December 28, 2022
[CV06]



---

[1] Chief Justice Gray has recused himself from participation in this case. TEX. CODE JUD. CONDUCT, Canons 1,2, and 3, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. G, app. B; TEX. R. APP. P. 16.2; and TEX. R. CIV. P. 18b(b)(1).